**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RIGOBERTO MORONES-MARTINEZ,

        Plaintiff,

v.                                                                  Case No. 26-10986
                                                                    Honorable Linda V. Parker

KEVIN RAYCRAFT, Immigration and Customs
Enforcement, Director of Detroit Field Office,
Enforcement and Removal, TODD BLANCHE,
Acting U.S. Attorney General, MARKWAYNE
MULLIN, Secretary of the U.S. Department of Homeland
Security, and EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

        Defendant.

_____/

## ORDER DISMISSING CASE

On May 19, 2026, the Government filed a status report which indicates that

Petitioner was released on bond on May 13, 2026. (ECF No. 6.)  As such, there is

no further action required from this Court.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **CLOSED.**

                         s/ Linda V. Parker
                         LINDA V. PARKER
                         U.S. DISTRICT JUDGE

Dated: May 20, 2026