UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGOBERTO MORONES-MARTINEZ,

Petitioner,

Case No. 26-cv-10986
Honorable Linda V. Parker

v.

KEVIN RAYCRAFT, Immigration and Customs Enforcement, Director of Detroit Field Office, Enforcement and Removal, et al,

Respondents.
_____________________________________________/

**JUDGMENT**

Petitioner, a citizen of Mexico, has been living in the United States for more than twenty years. He has not been charged or convicted of any crime in this country. On January 11, 2026, Petitioner was arrested and then transferred to Immigration and Customs Enforcement ("ICE") custody. He remained in ICE custody without the opportunity for an individualized bond hearing to assess his flight risk or dangerousness, until he filed a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 12, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 5 days or release him from custody. (ECF No. 5.) On May 19, 2026, Respondents filed a

status report, indicating that Petitioner was released on bond on May 13. (ECF No. 6.) The Court, therefore, dismissed the case. (ECF No. 7.) Respondents have since moved for entry of a separate judgment. (ECF No. 8.)

Respondents' motion is granted, and the Court enters this Judgment.

Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **GRANTED** and the matter remains **CLOSED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 3, 2026